

**IT IS ORDERED as set forth below:**

**Date: January 22, 2015**

_____

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **IN RE:** | ) |
| James Alton Sweat | ) Case No.: 14-12809-whd-whd |
| and Ruby Nell Sweat, | ) Chapter 7 |
| Debtors. | ) |
| | ) |
| | ) |
| James Alton Sweat | ) |
| and Ruby Nell Sweat, | ) |
| Movants. | ) |
| | ) |

**CONSENT ORDER**
**DEBTORS' MOTION FOR TRANSFER OF THE CASE**

**WHEREAS** the Debtors' Motion For Transfer Of The Case, document number 6, filed 12/17/14, having been filed to transfer the case to the proper district and division pursuant to 28 USC § 1408.1, which is the United States Bankruptcy Court, Middle District of Georgia, Athens Division,

**NOW THEREFORE IT IS ORDERED,** the Debtors' case shall be transferred to the United States Bankruptcy Court, Middle District of Georgia, Athens Division.

(End of Document)

Written and prepared by:

/s/ W. Ross McConnell
W. Ross McConnell, Georgia Bar No. 485010
Attorney for Debtors

W. Ross McConnell
W. Ross McConnell & Associates
1079 South Main Street
Post Office Box 170
Cornelia, GA 30531
(706)778-0344, fax (706)778-0451
wrmccassoc@windstream.net


Consent by:

/s/ James G. Baker
James G. Baker, GA Bar No.: 033717
Chapter 7 Trustee

James G. Baker
Chapter 7 Trustee
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

**In re:**

|  |  |
|---|---|
| James Alton Sweat | ) Case No.: 14-12809-whd-whd |
| and Ruby Nell Sweat, | ) Chapter 7 |
| Debtors. | ) |

## DISTRIBUTION LIST

The foregoing "Consent Order Debtors' Motion For Transfer Of The Case," shall be transmitted via electronic mail and the CM/ECF system, hand delivery, or by placing a true copy of same in the United States Mail, adequate postage affixed and addressed to all creditors on the attached matrix and to:

<u>Via Electronic Mail CM/ECF</u>

James G. Baker
Chapter 7 Trustee

W. Ross McConnell
Attorney for Debtors

<u>Via US Mail</u>

James Alton and Ruby Nell Sweat
390 Whitworth Rd
Eastanollee GA 30538

Attached matrix.

Athens Neurological Associates PC
1088 A Baxter Street
Athens GA 30606


BCA Financial Services
18001 Old Cutler Rd Ste 462
Palmetto Bay FL 33157


CBSD SEARS
POB 6283
SIOUX FALLS SD 57117-6283


Credit First NA
POB 81344
Cleveland OH 44188-0344


Discover Bank
DB Servicing Corp
POB 3025
New Albany OH 43054-3025


Medical Data Systems Inc
2120 15th Ave
Vero Beach FL 32960


NE GA Medical Center
Patient Accounts Dept
743 Spring St
Gainesville GA 30501


Santander Consumer USA Inc
POB 961245
Fort Worth TX 76161


Sears Credit Cards
POB 688957
Des Moines IA 50368-8957


Stephens County Hospital
163 Hospital Dr
Toccoa GA 30577-6820


Stephens Federal Bank

PO Drawer 40
Toccoa GA 30577


Synchrony Bank
POB 36955
Canton OH 44735-6955


Synchrony Bank Care Credit
POB 36955
Canton OH 44735-6955


Synchrony Bank CareOne
POB 36955
Canton OH 44735-6955


Synchrony Bank Walmart
POB 36955
Canton OH 44735-6955


Tractor Supply CBNA
POB 6403
Sioux Falls SD 57117-6197


Tractor Supply Credit Plan
POB 183015
Columbus OH 43218-3015


Transworld Systems Inc
507 Prudential Road
Horsham PA 19044


Ty Cobb Regional Medical Center
POB 573
Lavonia GA 30553


Wells Fargo Dealer Services
Attn Correspondence
POB 168048
Irving TX 75016-8048